UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation, | Civil Action No.: 1:15-cv-01118 |
| | Judge Patricia A. Gaughan |
| Plaintiffs, | **MOTION FOR ADMISSION OF PATRICIA YOUNG *PRO HAC VICE*** |
| v. | |
| Blendtec, Inc., | |
| Defendant. | |

Pursuant to Local Rule 83.5(h), and the attached Affidavit, Plaintiffs Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation Plaintiffs (collectively "Vita-Mix") respectfully move for Patricia Young's admission, *pro hac vice*.  In support of this motion, the following is submitted:

1.      The undersigned, Hugh E. McKay, has entered his appearance as counsel of record for Vita-Mix.

2.      Vita-Mix has also retained Patricia Young to represent its interest in the above-captioned proceeding.  The contact information for Ms. Young is as follows:

Patricia Young
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
Phone: 650-328-4600 │Fax: 650-463-2600
Patricia.Young@lw.com
New York Bar Registration No. 4366100
California Bar No. 291265

3.     As set forth in the Affidavit of Ms. Young, which is attached as Exhibit A, Ms. Young is admitted in, and is in good standing to practice in: the states of New York and California; the United States Court of Appeals for the Federal Circuit; the United States District Court for the Northern District of California; the United States District Court for the Eastern District of Texas; the United States District Court for the Southern District of New York; the United States District Court for the Eastern District of New York; and the United States District Court for the Western District of Wisconsin.  Ms. Young was admitted to practice in the state of New York in 2006 and the state of California in 2013.

4.     I provided a copy of the Local Rules of this Court to Ms. Young and she agrees to abide by them and to submit to the jurisdiction of this Court for purposes of any disciplinary action that might arise out of his representation of Vita-Mix in this case.

WHEREFORE, Plaintiffs respectfully request an Order authorizing the admission of Patricia Young *pro hac vice*.

Respectfully submitted,

*/s/  Hugh E. McKay*
Hugh E. McKay (0023017)
Tracey L. Turnbull (0066958)
Brodie M. Butland (0084441)
Porter, Wright, Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
Phone: 216-443-9000 │Fax: 216-443-9011
hmckay@porterwright.com
tturnbull@porterwright.com
bbutland@porterwright.com

David K. Callahan (*pro hac vice* pending)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Phone: 312-876-7000 │Fax: 312-993-9767
David.Callahan@lw.com

2

Patricia Young (*pro hac vice* pending)
Nikolaus A. Woloszczuk (*pro hac vice* pending)
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
Phone: 650-328-4600 │ Fax: 650-463-2600
Patricia.Young@lw.com
Nick.Woloszczuk@lw.com

*Attorneys for Plaintiffs Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2015 a copy of foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties have been served by regular U.S. Mail. Parties may access this filing through the Court's system.

*/s/ Hugh E. McKay*
Hugh E. McKay

CH\2083387.1