# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Blendtec, Inc.,<br><br>Defendant. | Civil Action No.: 1:15-cv-01118<br><br>Judge Patricia A. Gaughan<br><br>**AFFIDAVIT OF PATRICIA YOUNG IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF SAN MATEO | ) |

I, Patricia Young, being first duly sworn according to law herein, depose and state as follows:

1. I submit this Affidavit in support of the motion of Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation for my *pro hac vice* admission to appear and participate fully as an attorney of record in all proceedings and other aspects of this action.

2. I was admitted to the bar of the State of New York in 2006 and to the bar of the State of California in 2013, and am a member in good standing of each. I am also admitted in, and am in good standing to practice before: the United States Court of Appeals for the Federal Circuit; the United States District Court for the Northern District of California; the United States District Court for the Eastern District of Texas; the United States District Court for the Southern

1



EXHIBIT A

District of New York; the United States District Court for the Eastern District of New York; and the United States District Court for the Western District of Wisconsin.

3. Pursuant to Local Rule 83.5(h), my required contact information and bar registration numbers are as follows:

Patricia Young
Latham & Watkins LLP
140 Scott Drive
Menlo Park, California 94025
Phone: 650-328-4600 | Fax: 650-463-2600
Patricia.Young@lw.com
New York Bar Registration No. 4366100
California Bar No. 291265

4. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States.

5. I have never received any reprimand from any court, department, bureau or commission of any State or the United States pertaining to conduct or fitness as a member of the bar.

_____
Patricia Young

SWORN TO before me and subscribed in my presence, this 8th day of June, 2015.

_____
Notary Public

My commission expires: November 3, 2017

CH\2083425.1

2