# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Blendtec, Inc.,<br><br>    Defendant. | Civil Action No.: 1:15-cv-01118-PAG<br><br>Judge: Hon. Patricia A. Gaughan<br><br>**STIPULATED ORDER REGARDING AUTHENTICITY** |

The parties to this Stipulated Order Regarding Authenticity have agreed to the terms of this Order; accordingly, it is ORDERED:

1. Subject to the exceptions stated below, and absent affirmative evidence that a document or thing is not what it purports to be, Plaintiffs Vita-Mix Corporation, Vita-Mix Management Corporation, and Vita-Mix Manufacturing Corporation, (collectively "Plaintiffs" or "Vita-Mix") agree that, for purposes of Rule 901 of the Federal Rules of Evidence, Vita-Mix will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Vita-Mix in this matter.

2. Subject to the exceptions stated below, and absent affirmative evidence that a document or thing is not what it purports to be, Defendant Blendtec, Inc. ("Blendtec"), agrees that, for purposes of Rule 901 of the Federal Rules of Evidence, Blendtec will not contest the authenticity of any document or thing, including any true and correct copy thereof, produced by Blendtec in this matter.

3. The parties' agreements in paragraphs 1 and 2 of this stipulation do not apply to handwritten notes, except to the extent such handwritten notes are contained in sketch books or lab notebooks. If a document or thing produced by a party also bears handwritten notes, the parties' agreements do not apply to the handwritten notes portion of the document, but do apply to the remainder of the document or thing. The parties agree that, at a mutually agreed upon time prior to trial, each party may identify to the other party a reasonable amount of documents and things containing handwritten notes as to which that party wishes a stipulation of authenticity.  The other party agrees to give good faith consideration to a reasonable request pertaining to handwritten notes.

4. Except to the extent authenticity is established by and within the scope of the express terms of this stipulation, this stipulation does not affect either (1) Vita-Mix's ability to contest the authenticity of any document or thing produced by Blendtec, or (2) Blendtec's ability to contest the authenticity of any document or thing produced by Vita-Mix.

5. In the event that a dispute arises regarding the authenticity of a document, the parties agree to meet and confer in good faith promptly about the authenticity of such document(s) and, if necessary, to expedite any related motions for resolution by the Court.

6. Nothing in this stipulation shall be construed as an agreement that any documents or things that are subject to this stipulation are admissible into evidence by any party, except as expressly addressed herein. The parties hereby expressly reserve

the right to object to the admissibility of any document or thing under any grounds permitted by law and not expressly addressed herein.

**So Ordered.**

Dated: 9/12/16  /s/ Patricia A. Gaughan
District Judge

**WE SO MOVE/STIPULATE and agree to abide by the terms of this Order.**

/s/ *David K. Callahan*
David K. Callahan
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
(312) 876-7700
david.callahan@lw.com

Patricia Young
Nikolaus A. Woloszczuk
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
patricia.young@lw.com
nick.woloszczuk@lw.com

Hugh E. McKay (0023107)
Tracey L. Turnbull (0066958)
Brodie M. Butland (0084441)
Porter, Wright, Morris & Arthur- Cleveland
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
(216) 443-9000
hmckay@porterwright.com
tturnbull@porterwright.com
bbutland@porterwright.com

*Attorneys for Plaintiffs*

/s/ *Mark A. Miller* (consent)
Brett L. Foster (*pro hac vice*)
Mark A. Miller (*pro hac vice*)
L. Grant Foster (*pro hac vice*)
Dawn M. David (*pro hac vice*)
Holland & Hart, LLP
222 South Main, Suite 2200
Salt Lake City, Utah
(801) 799-5800
bfoster@hollandhart.com
mmiller@hollandhart.com
bfoster@hollandhart.com
dmdavid@hollandhart.com

Kyle B. Fleming (0064644)
Renner Otto Boisselle & Sklar LLP
The Keith Building, Suite 1900
1621 Euclid Avenue
Cleveland, Ohio 44115
(216) 21-1113
kfleming@rennerotto.com

*Attorneys for Defendant*

3