UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| VITA-MIX CORPORATION, VITA-MIX MANAGEMENT CORPORATION, and VITA-MIX MANUFACTURING CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>BLENDTEC, INC.,<br><br>        Defendant. | Civil Action No. 1:15-cv-01118-PAG<br><br>Judge Patricia A. Gaughan |

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Defendant Blendtec, Inc. ("Blendtec"), by and through its attorneys, hereby moves the Court for a modest extension of all remaining discovery deadlines. This request is made in good faith and not for purposes of delay. The requested extensions will not prejudice any party or unduly delay the final resolution of this action.

Due to conflicting schedules between the parties and with other cases with which counsel is involved, Blendtec still has an outstanding 30(b)(6) deposition to take of Plaintiffs. Thus, the parties have agreed that an extension of the remaining discovery deadlines is appropriate to allow Blendtec to complete its depositions without affecting the timeline of the remaining discovery schedule. Counsel for Blendtec conferred with counsel for Plaintiff Vita-Mix Corporation ("Vita-Mix") concerning Blendtec's request for an extension of the remaining discovery deadlines. Vita-Mix's counsel indicated that Vita-Mix is agreeable to and will not oppose Blendtec's requested extension as long as all remaining discovery deadlines are likewise extended as

1

indicated below.  Thus, Blendtec respectively requests that the Court grant this unopposed motion to extend the remaining discovery deadlines as follows:

| Event | Rule | Current Date | Proposed Date |
|---|---|---|---|
| Close of Fact Discovery and Status Conference | L.P.R. 4.7 | 10-28-2016 | 11-19-2016 |
| Disclosure of Experts and Expert Reports on Issues a Party Bears Burden of Proof | L.P.R. 5.1(b) | 12-08-2016 | 01-05-2017 |
| Disclosure of Rebuttal Expert and Expert Reports | L.P.R. 5.1(c) | 01-12-2017 | 02-09-2017 |
| Expert Witness Depositions Completed | L.P.R. 5.2 | 02-09-2017 | 03-09-2017 |
| Dispositive Motions | L.P.R. 6.1 | 03-09-2017 | 04-06-2017 |

For the foregoing reasons, Blendtec respectfully requests that the Court extend the referenced deadlines.

Respectfully submitted this 26th day of October, 2016.

>HOLLAND & HART LLP
>
>By: */s/ Dawn M. David*
>    Brett L. Foster (*Pro Hac Vice*)
>    Mark A. Miller (*Pro Hac Vice*)
>    Timothy P. Getzoff (*Pro Hac Vice*)
>    L. Grant Foster (*Pro Hac Vice*)
>    Dawn M. David (*Pro Hac Vice*)
>    222 S. Main St., Suite 2200
>    Salt Lake City, UT 84101
>    Telephone: (801) 799-5800
>    Facsimile: (801) 364-9124
>    Email: bfoster@hollandhart.com
>           mmiller@hollandhart.com

           tgetzoff@hollandhart.com
           gfoster@hollandhart.com
           dmdavid@hollandhart.com

Kyle B. Fleming
RENNER OTTO
1621 Euclid Avenue
Cleveland, OH 44115
Telephone: 216-621-1113
Facsimile: 216-621-6165
Email: kfleming@rennerotto.com

## **CERTIFICATE OF SERVICE**

I certify that on October 26, 2016 I served a copy of the foregoing document to the following by

☐    U.S. Mail, postage prepaid
☐    Hand Delivery
☐    Fax
☒    Electronic Service by CM/ECF

Nikolaus A. Woloszczuk
Patricia Young
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
nick.woloszczuk@lw.com
patricia.young@lw.com

David K. Callahan
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
david.callahan@lw.com

Hugh E. McKay
Tracey L. Turnbull
Brodie M. Butland
PORTER, WRIGHT, MORRIS & ARTHUR
950 Main Avenue, Suite 500
Cleveland, OH  44113
hmckay@porterwright.com
tturnbull@porterwright.com
bbutland@porterwright.com

                                              /s/  Dawn M. David

9233251_1